COLE SCHOTZ P.C.

Court Plaza North
25 Main Street
P.O. Box 800
Hackensack, NJ 07602-0800
201.489.3000 201.489.1536 fax

New York

Delaware

Maryland

Texas

Florida

Washington, DC

Michael R. Yellin
Member
Admitted in NJ, NY, and FL

Reply to New Jersey Office
Writer's Direct Line: 201.525.6258
Writer's E-Mail: MYellin@coleschotz.com

September 30, 2026

**VIA ECF**
The Honorable Leo M. Gordon, USCITJ
United States Court of International Trade
One Federal Plaza
New York, New York, 10278-0001

**Re: ALO, LLC v. Storyhenge Co. Ltd. et al**
**Case No. 2:26-cv-02768**

Dear Judge Gordon:

This firm represents plaintiff ALO, LLC ("Plaintiff" or "Alo") in the above-referenced matter. The parties respectfully submit this joint status update pursuant to the Court's September 14, 2026 order (Dkt No. 17).

Since the September 14, 2026 conference, the parties have been actively engaged in settlement discussions. Specifically, the parties are evaluating potential resolution through ongoing discussions with their respective clients, and Defendants are gathering documents for voluntary disclosures.

The parties will provide a further status update to the Court on October 30, 2026. We thank the Court for its time and attention to this matter.

Respectfully submitted,

*/s/ Michael R. Yellin*

Michael R. Yellin

MRY:yzm