100 YEARS COLE SCHOTZ P.C.

Court Plaza North
25 Main Street
P.O. Box 800
Hackensack, NJ 07602-0800
201.489.3000 201.489.1536 fax
—
New York
—
Delaware
—
Maryland
—
Texas
—
Florida
—
Washington, DC

Michael R. Yellin
Member
Admitted in NJ, NY, and FL

Reply to New Jersey Office
Writer's Direct Line: 201.525.6258
Writer's E-Mail: MYellin@coleschotz.com

October 30, 2026

**VIA ECF**
The Honorable Leo M. Gordon, USCITJ
United States Court of International Trade
One Federal Plaza
New York, New York, 10278-0001

**Re: ALO, LLC v. Storyhenge Co. Ltd. et al**
**Case No. 2:26-cv-02768**

Dear Judge Gordon:

This firm represents plaintiff ALO, LLC ("Plaintiff" or "Alo") in the above-referenced matter. The parties respectfully submit this joint status update pursuant to the Court's September 14, 2026 order (Dkt No. 17).

Since the parties' last status update on September 30, 2026 (Dkt. No. 18), Alo confirmed its initial settlement terms, and defendants have provided (and Alo has reviewed) a voluntary production of documents to facilitate potential settlement discussions. Defendants are working to gather and provide additional documents, as well as respond to Alo's questions about the initial production. The parties are working in good faith to see if a consensual resolution of this matter is possible.

The parties will provide a further status update to the Court on November 30, 2026. We thank the Court for its time and attention to this matter.

Respectfully submitted,

*/s/ Michael R. Yellin*

Michael R. Yellin

MRY:yzm